IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARON D. HOWARD, #159809, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:12-CV-692-TMH |
| | ) |
| DR. McWATER (a.k.a., DR. McWHORTER), | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims against the Covington County Jail are dismissed with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The plaintiff's claims against the unidentified county commissioner are dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

4. The Covington County Jail and county commissioner are dismissed as defendants in this cause of action; and

5. The plaintiff's claims against the remaining defendants are referred back to the Magistrate Judge for appropriate proceedings.

Done this 18th day of September, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE